### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 16-00082** |
| **Alanda Rochelle Glenn** | ) | |
| **SSN#xxx-xx-6361** | ) | **Judge Walker** |
| | ) | |
| **169 Dreville Drive** | ) | **Chapter 13** |
| **LaVergne, TN 37086** | ) | |
| **DEBTOR(s)** | ) | |

## MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

     Comes now the Debtor, by and through undersigned counsel, and hereby gives notice of Debtor's motion to voluntarily dismiss her Chapter 13 Case.


Respectfully Submitted,

/s/ MARY CATHERINE GASSER
Mary Catherine Gasser, B.P.R. #030898
Attorney for Debtor(s)
511 Enon Springs Road, East
Smyrna, TN 37167
(615) 459-6130 telephone
(615) 459-7727 facsimile
E-mail:  cgasser@gasserlawoffice.com


## CERTIFICATE OF SERVICE

     I hereby certify that a true and exact copy of the foregoing was sent via CM/ECF to the Chapter 13 Trustee and the U.S. Trustee via CM/ECF on 9/22/2017.

/s/ MARY CATHERINE GASSER
Catherine Gasser, B.P.R. #030898
Attorney for Debtor(s)
511 Enon Springs Road, East
Smyrna, TN 37167
(615) 459-6130 telephone
(615) 459-7727 facsimile
E-mail:  cgasser@gasserlawoffice.com